# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-1981
_____

DAVID B. ROLLER, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Clay County.
Don H. Lester, Judge.

August 16, 2019

PER CURIAM.

DISMISSED.

ROBERTS, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

David B. Roller, Jr., pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.